Otis Michael **THOMAS**, Plaintiff—
Appellant,

v.

Imam Abdul Mailk **SAAFIR;** et
al., Defendants—Appellees.

No. 07–17037.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 8, 2009.

Filed May 15, 2009.

Andrew Phillip Bridges, Matthew Alex Scherb, Winston & Strawn, LLP, San Francisco, CA, Otis Michael Thomas, for Plaintiff–Appellant.

Trace O. Maiorino, Esquire, Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: HUG, HAWKINS and
TALLMAN, Circuit Judges.

## MEMORANDUM *

Upon de novo review, we affirm the district court's grant of summary judgment on the alternative ground that Thomas named the wrong parties. *San Jose Christian Coll. v. City of Morgan Hill,* 360 F.3d 1024, 1029–30 (9th Cir.2004). Defendants did not have the authority to make the accommodations requested by Thomas. *See* 15 Cal.Code Regs. § 3211.

AFFIRMED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.